IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
ERIC HARRIS,                    )
                                )
     Plaintiff,                 )
                                )      CIVIL ACTION NO.
     v.                         )        2:12cv591-MHT
                                )            (WO)
M.D. BYNER,                     )
                                )
     Defendant.                 )
```

## ORDER

Based on the representations made on the record on July 27, 2015, and with the understanding that the $ 2500 settlement proceeds will be paid out as set forth in this order, rather than as set forth in the motion to pay in and disburse settlement funds (doc. no. 101), it is ORDERED as follows:

(1) Defendant M.D. Byner's motion to pay in and disburse settlement funds (doc. no. 101) is granted.

(2) Defendant Byner may pay into the court the settlement funds of $ 2500.

(3) The clerk of the court is to disburse the funds as follows:  (a) $ 1000 to Mr. Mark Overall, on the

condition that Mr. Overall furnish a completed W-9 form to the court; and (b) $ 1500 to plaintiff Eric Harris, on the condition that plaintiff Harris furnish a completed W-9 form to the court.

DONE, this the 27th day of July, 2015.

                                    /s/ Myron H. Thompson
                                 **UNITED STATES DISTRICT JUDGE**